IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VICTOR MANUEL RAMIREZ-MENDOZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURY COUNTY, TENNNESSEE, ) <br> ) <br> Defendant. ) | Case No. 1:12-cv-0014 <br> Judge Haynes <br><br> CLASS ACTION <br> JURY DEMAND |

*[Handwritten notation: "OWSA / This motion / is granted / [signature] / 7-27-12"]*

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff moves this Court for an order allowing him to amend his pleadings by filing a First Amended Class Action Complaint. A copy of Plaintiff's proposed First Amended Class Action Complaint is attached to this Motion. Plaintiff, through counsel, provided Defendant a draft of the proposed First Amended Class Action Complaint. Defendant has indicated it does not oppose this Motion.

Date: July 25, 2012                                Respectfully submitted,


                                                   /s Elliott Ozment
                                                   Elliott Ozment, BPRN 4331
                                                   R. Andrew Free, BPRN 30513
                                                   Law Offices of Elliott Ozment
                                                   1214 Murfreesboro Pike
                                                   Nashville, TN 37217
                                                   T: (615) 321-8888
                                                   *elliott@ozmentlaw.com*
                                                   *afree@ozmentlaw.com*