IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICTOR MANUEL RAMIREZ-MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>MAURY COUNTY, TENNESSEE,<br><br>    Defendant. | Case No. 1:12-0014<br>Chief Judge Haynes |

## ORDER

The final pretrial conference in this action is re-set for **Friday, March 29, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 16 day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court