IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RAMIREZ-MENDOZA, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 1:12-0014 Chief Judge Haynes |
| MAURY COUNTY, TENNESSEE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The final pretrial conference in this action is re-set for **Friday, March 29, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 16 day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court